No. 95–432. AARON ET AL. *v.* CITY OF WICHITA, KANSAS. C. A. 10th Cir. Certiorari denied.

No. 95–440. HOPEWELL *v.* DUNKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–502. SPICKLER *v.* YORK. Sup. Jud. Ct. Me. Certiorari denied.

No. 95–529. WATER DISTRICT NO. 1 OF JOHNSON COUNTY *v.* KOOPMAN; and

No. 95–5411. KOOPMAN *v.* WATER DISTRICT NO. 1 OF JOHNSON COUNTY ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–556. CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. Sup. Ct. Del. Certiorari denied.

No. 95–5450. LUCKETT *v.* RENT-A-CENTER, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5633. HILDWIN *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–5642. JACKSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–5804. FELDER *v.* MONTAGUE, CLERK, UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 95–5847. SIGMAN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–5851. YURTIS *v.* PHIPPS. Ct. App. Wash. Certiorari denied.

No. 95–5865. EAGLIN *v.* WELBORN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5868. KNUCKLES *v.* OHIO. Ct. App. Ohio, Butler County. Certiorari denied.